

Matthew Oppenheim
4530 Wisconsin Avenue,
NW Fifth Floor
Washington, DC  20016
202.480.2999
Matt@oandzlaw.com

October 21, 2019

**Via ECF**

The Honorable Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   **Shueisha Inc. et al v. Does 1-100 d/b/a hoshinoromi.org, worldjobproject.org, and zakayloader.org, Case No. 1:19-cv-08227**

Dear Judge Carter:

On September 25, 2019, Plaintiffs filed a motion to authorize service by email and conduct expected discovery, with a supporting memorandum of law and declaration.  Dkt Nos. 10-12.  Under a normal briefing schedule, the Doe Defendants' opposition would have been due on October 9, and Plaintiffs' reply on October 16, 2019.  L. Civ. R. 6.1(b).  However, Defendants have not appeared or filed an opposition, and Plaintiffs have not requested a hearing.  Accordingly, the motion is ripe for consideration.

Additionally, pending further direction from the Court regarding alternative service, Plaintiffs will send this letter and future correspondence and filings to the email address identified in their motion (hoshinoromi@protonmail.com).  The Plaintiffs sent a second test email on October 18, 2019 and have confirmed that the account is still active.

Thank you for considering this matter.

Sincerely,

/s/ Matthew Oppenheim

Matthew Oppenheim

1