USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SHUEISHA INC., ET AL.,

                Plaintiffs,

    -against-

DOES 1-100,

                Defendants.

------------------------------------------------------------x

19-CV-8227 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' motion to authorize service by email and to conduct expedited discovery on the identity of the Defendants. ECF Nos. 10–12. Defendants were provided until November 15, 2019 to respond to Plaintiffs' motion. ECF No. 14. Defendants have not responded. After careful consideration, Plaintiffs' request for expedited discovery on the identity of the Defendants is hereby **GRANTED**.

**SO ORDERED.**

Dated:     November 20, 2019
            New York, New York

                                          _____
                                          **HON. ANDREW L. CARTER, JR.**
                                            **United States District Judge**