UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHUEISHA INC., et al.,

                              **Plaintiffs,**                19-CV-08227 (LL)(SN)

    -against-                                              <u>ORDER</u>

DOES 1-100,

                **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed this action on September 9, 2019. The Court granted Plaintiff's request for expedited discovery as to the Defendants' identity on November 20, 2019. To date, Plaintiff has not filed proof of service as to any Defendant or requested additional time to serve process.

      Plaintiff is ordered to file a letter by no later than Wednesday, February 19, 2020, updating the Court as to the status of this matter. The letter should include a brief statement why the Court should not act within its power to dismiss this case for failure to prosecute under Rule 41(b). Failure to submit a letter by the deadline above may result in dismissal of the case.

**SO ORDERED.**

                                                                                    _____
                                                                                   SARAH NETBURN
                                                                                   United States Magistrate Judge

DATED:    February 13, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020