# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUEISHA INC., KADOKAWA CORPORATION, KODANSHA LTD., AND SHOGAKUKAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-100, <br><br> Defendants. | Civil Action No. 1:19-cv-08227 |

## NOTICE OF MOTION TO WITHDRAW APPEARANCE
## OF MICHAEL J. DRUCKMAN

PLEASE TAKE NOTICE that, upon the accompanying declaration and pursuant to Local Civil Rule 1.4, Michael J. Druckman respectfully moves for permission to withdraw his appearance in the above-captioned matter on behalf of Plaintiffs Shueisha Inc., KADOKAWA CORPORATION, Kodansha Ltd., and Shogakukan Inc.

PLEASE TAKE FURTHER NOTICE that Matthew Oppenheim of Oppenheim + Zebrak, LLP, will continue to be counsel of record for Plaintiffs in this action.

DATED: March 16, 2020

Respectfully submitted,

By: _/s/ Michael J. Druckman_
Michael J. Druckman
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
druckman@oandzlaw.com