UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUEISHA INC., KADOKAWA CORPORATION, KODANSHA LTD., AND SHOGAKUKAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-100, <br><br> Defendants. | **Civil Action No. 1:19-cv-08227** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, Shueisha Inc., KADOKAWA CORPORATION, Kodansha Ltd., and Shogakukan Inc., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants. Plaintiffs continue to pursue civil and criminal means of enforcing their rights, and may re-file this litigation should defendants' infringing activities recommence or if it is otherwise necessary.

DATED: May 8, 2020

Respectfully submitted,

By: /s/ Matthew J. Oppenheim
Matthew J. Oppenheim
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
matt@oandzlaw.com

*Attorneys for Plaintiffs*